# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>KASHL CORPORATION, an Oregon corporation dba Radisson Hotel San Diego Rancho Bernardo,<br><br>Defendant. | CASE NO. 18cv2581 GPC NLS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 3.]** |

On February November 10, 2018, Plaintiff Theresa Brooke filed a complaint against Defendant Kashl Corporation alleging violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act. (ECF No. 1.) On December 4, 2018, Kashl filed a motion to dismiss Brooke's claims and to declare her a vexatious litigant. (ECF No. 3.) On December 15, 2018, Brooke filed a first amended answer as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (ECF No. 6.)  Therefore, Kashl's motion to dismiss is moot. *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011) ("[I]t is well-established that an amended [pleading] supersedes the original, the latter being treated thereafter as non-existent." (internal quotation marks omitted)).

Accordingly, the Court **denies** without prejudice as moot Kashl's motion to dismiss (ECF No. 6). The motion hearing originally set for February 1, 2019 is still on calendar, but will only address that part of Kashl's motion that pertains to whether Plaintiff should be deemed a vexatious litigant.

**IT IS SO ORDERED.**

Dated: December 17, 2018

Hon. Gonzalo P. Curiel
United States District Judge