Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:18-cv-02581-GPC-NLS |
| Plaintiff, | **JOINT MOTION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| KASHL CORPORATION et al., | |
| Defendant. | |

  The parties jointly move to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

  RESPECTFULLY SUBMITTED this 25th day of February, 2019.

            /s/ Peter Kristofer Strojnik
            Peter Kristofer Strojnik
            Attorneys for Plaintiff


            /s/ Shiva Stein
            Shiva Stein
            Attorneys for Defendant