UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KASHL CORPORATION et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-2581-GPC-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41(a)(1)** |

Pursuant to the Joint Motion to Dismiss with Prejudice field by the parties and good cause appearing therefore, the Court orders as follows:

This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii).

**IT IS SO ORDERED.**

Dated:  March 7, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge